Date signed February 13, 2015



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.   14-17377PM |
| CARLOS OVIDIO ALVARADO | * | Chapter   13 |
| | * | |
| | * | |
| Debtor(s) | * | |

## MEMORANDUM TO COUNSEL

Upon consideration of counsel's response to the court's Order to Justify Fee and having filed the 2016 Statement of Compensation, the court has determined to take no further action with respect to counsel's fee.  However, counsel is reminded that Bankruptcy Rule 2016(b) requires a supplemental statement after any payment or agreement not previously disclosed.

cc:   Counsel for Debtor - Abena Y. Williams
      Debtor
      Trustee
      U.S. Trustee

**End of Memorandum**